# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>Records and information associated with the<br>cellular device assigned call number 414-419-4427,<br>that is in the custody or control of T-Mobile | Case No. 23-1805M(NJ),<br>23-1805M(NJ) 1st Ext.,<br>23-1805M(NJ) 2nd Ext.,<br>23-1805M(NJ) 3rd Ext.,<br>& 23-1805M(NJ) 4th Ext. |

## MOTION TO PUBLISH REDACTED AFFIDAVIT

NOW COMES the United States of America, by its attorneys Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Katherine Halopka-Ivery, Assistant United States Attorney for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the unredacted affidavit in the above-named case until further order of this Court, and to publish to the docket instead, a copy of the affidavit that contain the government's proposed narrow redactions.  *See* Attachment A-E.

The affidavit submitted in the above-captioned matter in unredacted form contains the full names of an unindicted targets. Redactions in this affidavit are necessary to safeguard the identity of and details relating to the unindicted targets and to prevent the uncharged targets from becoming aware of the investigation. To this end, the United States has redacted the affidavit in support of the warrant corresponding to 23-1805M(NJ) and its subsequent extensions in the manner described above by redacting the relevant names and other information.

To balance the public's right to the information contained in the affidavit with the government's interest in safeguarding identities of persons including protecting the investigation and prosecution of this serious matter, the United States proposes to substitute the affidavit with one that contains narrowly tailored redactions. *See* Attachment A-E. The redactions are generally limited to concealing those facts that directly identify uncharged targets. Said redactions do not affect the public's ability to understand the affidavit.

Based on the foregoing, the United States respectfully requests that the Court seal the original, unredacted affidavit, and instead allow publication to the docket, the affidavit that contains the United States' proposed narrowly tailored redactions. *See* Attachment A-E.

Respectfully submitted this 28th day of October 2025, at Milwaukee, Wisconsin.

        Respectfully submitted,

        RICHARD G. FROHLING
        United States Attorney

By:   *s/ Katherine Halopka-Ivery*
        KATHERINE HALOPKA-IVERY
        Assistant United States Attorney
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Rm 530
        Milwaukee, Wisconsin 53202

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE SEARCH OF
Records and information associated with the
cellular device assigned call number 414-419-4427,
that is in the custody or control of T-Mobile

Case No. 23-1805M(NJ),
23-1805M(NJ) 1st Ext.,
23-1805M(NJ) 2nd Ext.,
23-1805M(NJ) 3rd Ext.,
& 23-1805M(NJ) 4th Ext.

**ORDER TO PUBLISH REDACTED AFFIDAVIT**

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefore,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court of the Eastern District of Wisconsin, that that the affidavit supporting the search warrant issued in the above-captioned case be sealed until further order of this Court and the redacted affidavit be published to the docket in its place.

Dated at Milwaukee, Wisconsin this  28th   day of October, 2025.

_____
HONORABLE NANCY JOSEPH
United States Magistrate Judge